**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MILDRED McGHEE**                                                          **PLAINTIFF**

**V.**                              **NO. 4:08-CV-0654-JMM**

**ASSOCIATED HOTELS ARKANSAS, INC.**                          **DEFENDANT**
**d/b/a DOUBLETREE HOTEL**

## PLAINTIFF'S MOTION TO DISMISS

Comes now the Plaintiff, by and through her attorney, Robert A.

Newcomb, and requests that this Court dismiss this action without prejudice.

Respectfully submitted:

/s/ Robert A. Newcomb
Robert A. Newcomb, # 73087
Attorney at Law
P.O. Box 149
Little Rock, AR  72203
(501) 372-5577
E-Mail: robertnwcmb@aol.com

CERTIFICATE OF SERVICE

I hereby state that a copy of the foregoing was served electronically this 29th day of April, 2008, by uploading same to this Court's CM/ECF system, which shall send notification to:
Phil Campbell @ pcampbell@fc-lawyers.com

/s/ Robert A. Newcomb
Robert A. Newcomb

1