# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**MILDRED MCGHEE**                                                                                **PLAINTIFF**

**VS.**                                         **NO. 4:08CV00654**

**ASSOCIATED HOTELS ARKANSAS, INC.,**
**d/b/a DOUBLETREE HOTEL**                                               **DEFENDANT**

## ORDER

Plaintiff's motion to dismiss is granted. (Docket # 18). Plaintiff's action is hereby dismissed without prejudice. All pending motions are moot. The Clerk is directed to close the case.

IT IS SO ORDERED this 4th day of May, 2009.

_____
James M. Moody
United States District Judge