IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MILDRED MCGHEE**                                                                          **PLAINTIFF**

VS.                                              NO.  4:08CV00654

**ASSOCIATED HOTELS ARKANSAS, INC.,**
**d/b/a DOUBLETREE HOTEL**                                                        **DEFENDANT**

## ORDER

Plaintiff's motion to dismiss is granted.  (Docket # 18).  Plaintiff's action is hereby dismissed without prejudice.  All pending motions are moot.   The Clerk is directed to close the case.

IT IS SO ORDERED this 4th day of May, 2009.

_____
James M. Moody
United States District Judge